UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 4 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-14-30041-M (M-13-CR-1358) |
| ALBERTO MAYEN | § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

On or about August 26, 2013, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ALBERTO MAYEN**

knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with V.G., a Department of Homeland Security, Customs and Border Protection, United States Border Patrol Agent, while said agent was engaged in an on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

### Count Two

On or about August 26, 2013, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ALBERTO MAYEN**

knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with J.T., a Department of Homeland Security, Customs and Border Protection, United States Border

Patrol Agent, while said agent was engaged in an on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

JUAN VILLESCAS
ASSISTANT UNITED STATES ATTORNEY